UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. DECKER, | No. 2:14-cv-1066 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| O'REILLY'S AUTO PARTS STORE, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21). Although plaintiff has submitted the affidavit required by § 1915(a), it is both incomplete and unsigned. Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 2) is denied without prejudice. Plaintiff shall submit a completed and signed application within 21 days of the date of this order. Failure to do so will result in a recommendation that this action be dismissed.

DATED: June 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1