1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN L. DECKER,                          No.  2:14-cv-01066 JAM AC PS

12                 Plaintiff,

13         v.                                   FINDINGS AND RECOMMENDATIONS

14    O'REILLY'S AUTO,

15                 Defendant.

16

17         By order filed August 19, 2014, plaintiff's first amended complaint was dismissed and

18    thirty days leave to file an amended complaint was granted.  Thirty days from that date have now

19    passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's

20    order.

21         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23         These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

25    after being served with these findings and recommendations, any party may file written

26    objections with the court and serve a copy on all parties.  Such a document should be captioned

27    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

28    shall be served on all parties and filed with the court within fourteen (14) days after service of the

1

objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: September 26, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2