UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. DECKER,<br><br>   Plaintiff,<br><br>   v.<br><br>O'REILLY'S AUTO,<br><br>   Defendant. | No.  2:14-cv-1066 JAM AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On September 29, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed September 29, 2014, are adopted in full; and

   2. This action is dismissed without prejudice. See Local Rule 110; Fed. R. C. P. 41(b)

DATED: November 7, 2014

/s/ John A. Mendez                              
UNITED STATES DISTRICT COURT JUDGE